1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3740
7       Facsimile:  (510) 637-3724
        E-Mail:     Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                             OAKLAND DIVISION

13 UNITED STATES OF AMERICA,           )   No. CR-09-0548 DLJ
                                       )
14            Plaintiff,               )   STIPULATION AND ORDER
                                       )   REGARDING RESTITUTION
15       v.                            )
                                       )
16 DECOTY MOORE,                       )
                                       )
17            Defendant.               )
                                       )
18

19        IT IS HEREBY STIPULATED AND AGREED between and among the plaintiff through

20 its attorney, Joshua Hill, and the defendant Decoty Moore through her attorney, Joyce Leavitt,

21 pursuant to 18 U.S.C. § 3664, that the defendant Decoty Moore shall pay restitution totaling

22 $90,313.00 to Northwestern Mutual, 720 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202.

23 The parties expect that $40,405.19 will be forfeited and distributed to Northwestern Mutual in

24 accordance with the plea agreement.  Such restitution amount shall be reduced by any monies

25 forfeited in accordance with the plea agreement.

26        It is further agreed that payment of restitution is due immediately.  However, if the

27 defendant is unable to pay the restitution immediately, it shall be paid through the defendant's

28 participation in the Bureau of Prisons' Inmate Financial Responsibility Program.  While

incarcerated, payment of restitution shall be at the rate of $25 per quarter. It is further agreed that any balance that remains unpaid at the commencement of the term of supervised release shall be paid at the rate of $100 per month unless the probation officer seeks modification due to the defendant's ability to make payments. The balance shall not accumulate interest charges while unpaid.

IT IS SO STIPULATED:

Dated: May 18, 2010                                        /S/
                                                                    JOYCE LEAVITT
                                                                    Attorney for Sears

Dated: May 18, 2010                                        /S/
                                                                    JOSHUA HILL
                                                                    Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the defendant Decoty Moore shall pay restitution totaling $90,313.00 to Northwestern Mutual, 720 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202. Such restitution amount shall be reduced by any monies forfeited in accordance with the plea agreement. Payment of restitution is due immediately. However, if the defendant is unable to pay the restitution immediately, it shall be paid through the defendant's participation in the Bureau of Prisons' Inmate Financial Responsibility Program. While incarcerated, payment of restitution shall be at the rate of $25 per quarter. Any balance that remains unpaid at the commencement of the term of supervised release shall be paid at the rate of $100 per month unless the probation officer seeks modification due to the defendant's ability to make payments. The balance shall not accumulate interest charges while unpaid. Restitution payments shall be made payable to the Clerk of the U.S. District

//

//

//

-3-

1
2  Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.
3
4
5  DATED: May 19 , 2010
6
   _____
   HONORABLE D. LOWELL JENSEN
   United States District Court Judge